[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

JUL 27 2022 Jb

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Patricia A. Strong

_____

_____

(Name of the plaintiff or plaintiffs)

v.

FedEx Corporation

Christopher Surtz

Robert Weaver

(Name of the defendant or defendants)

**1:22-CV-3891
Judge Andrea R. Wood
Magistrate Judge Susan E. Cox
Random Assignment**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Patricia A. Strong of the county of Cook in the state of Illinois.

3. The defendant is FedEx Corporation, Christopher Surtz Robert Weaver whose street address is 3610 Hacks Crossroads Bldg A, (city) Memphis (county) Shelby (state) TN (ZIP) 38132

(Defendant's telephone number) 901-818-7500

4. The plaintiff sought employment or was employed by the defendant at (street address) 612 N Access Road (city) Chicago (county) Cook (state) IL (ZIP code) 60666

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) 07 , (day) 25 , (year) 2016.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check
   one box*] ☐ *has not* filed a charge or charges against the defendant
   ☒ *has*
   asserting the acts of discrimination indicated in this complaint with any of the following
   government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about
   (month) 04 (day) 19 (year) 2022

   (ii) ☐ the Illinois Department of Human Rights, on or about
   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☐ YES. ☒ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

defendant asserting the acts of discrimination indicated in this court complaint.

  ☐ Yes (month)_____ (day)_____ (year) _____

  ☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

  (day) _____ (year) _____.

(c) Attached is a copy of the

  (i) Complaint of Employment Discrimination,

   ☐ Yes ☐ No, but a copy will be filed within 14 days.

  (ii) Final Agency Decision

   ☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

  (a) ☐ the United States Equal Employment Opportunity Commission has not

    issued a *Notice of Right to Sue.*

  (b) ☒ the United States Equal Employment Opportunity Commission has issued

    a *Notice of Right to Sue*, which was received by the plaintiff on

    (month)__05__ (day)_04_ (year)_2022_a copy of which

    *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

  *those that apply*]:

  (a) ☐ Age (Age Discrimination Employment Act).

  (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

I shared with Senior Manager Chris Surtz the issue of being harrassed by Robert Weaver(Mgr) and co-workers. He did not address my concerns; but had my employment terminated; reduced work scheduled.

14.  [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)  ☐  Direct the defendant to hire the plaintiff.

(b)  ☐  Direct the defendant to re-employ the plaintiff.

(c)  ☐  Direct the defendant to promote the plaintiff.

(d)  ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)  ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)  ☐  Direct the defendant to (specify): Compensate for pay; and discrimination.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

Since accepting the position of RTD; I have been singled out and harassed by my co-workers; through intimidation, false accusation; to mangement; using mangement to create a hostile work enviroment.

I was subjected to talk about my ~~anatomy~~ anatomy and gender, race being the reason I was in position.

The talk drastically increased along with false narratives to mangement. Fred was my day manager and did nothing to stop or protect me from it.

Upon Fred's retirement Robert Weaver became acting manager and I was subjected to more harassment; especailly from Robert Weaver.

Robert Weaver; reduced my work hours.
I was not allowed to ask questions.
I was told my questions were stupid.
I was not equipped to ask question.

I asked Bob (Robert Weaver); why can't I
ask questions about the work his response
"I said you can't"; I stated everyone asks
questions; but I can't, so why?"
Robert Weaver "because you can't; there is
no reason for you to question me about anything"
I replied "the only difference between me
and everyone else is I'm a female and a black
female"
Robert Weaver "Yes and don't ask me question
or question me."

I requested to Chris Surtz to file a formal
complaint against Bob (Robert Weaver; he did not
follow up or allow me to file a complaint.

Shortly after this a co-worker Ernie; heard other co-workers and a manager talking and heard and relayed to me that "I" "wouldn't be working here much longer"... I went to Chris Surtz again and shared what Ernie shared and expressed I wanted to file a complaint. Chris Surtz said again he would get me the paper work. I did not recieve paperwork.

Several other incidents occurred and I approached Chris Surtz again stating "I wanted paperwork to be filed on Robert Weaver and if he wasn't going to I would have to go over his head".

In December 2020; shortly after my last request with I had a incident in truck; hitting a snow bank and unknowingly another obstacle with my trailer. I reported incident to Bob Robert Weaver;

. I shared with Robert Weaver the entire incident; did the report on the damage.

In January Chris Surtz; terminated me for the incident; under Falsification. In retaliation for requesting and wanting to file complaints against Robert Weaver.

I appealed the termination and all I said was shown to be truthful and I was re-instated in my position.

Chris Surtz did nothing to help resolve my issues with Robert Weaver and co-workers.

It is practice that 3 incidents/accidents result in termination; this was my first in over 20 years.

Since that upon my return I have been targeted. A dispacter Tasha - express/ concerned for me and shared

" Pat, be careful, I don't know why but they are coming for you."

A: Female RTD; white female had an incident identical to mine; but did not report it on FedEx Property: Security video was used to discover who had the accident and she was not terminated; since that she has had at least two additional incidents in less than six months and has maintained her position.

A fellow male employee used management in harassing me with false accusations. Mangement Chris Surtz and Angelina Coleman. attempted to send me home with no pay after his accusation:
Stating Human Resource sent an email & Security requesting I be not allowed to not work for lacc' lack of paperwork.
I requested to see email; never provided.
Talk with Mary Messiner the supposed orignator; she said she never sent an email stating that;

The coworker Earl London stated to fellow co-worker he was behind that; and they were doing it as retalition.

Earl London - has lied to mangement I confronted him with mangement present; and nothing was done. I asked that he not be allowed to dictate my work; or talk to, or speak to me.
In retaliction; it was ordered that no other personnel assign my freight; but Ear London and he has used work assigments/loacl to harass and bully me, as well as continue to speak to me; he's a lateral employee his position doesn't require directives over me or my work assignment.

There are many more incidents to present.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

*Patricia A. Strong*
(Plaintiff's signature)

Patricia A. Strong
(Plaintiff's name)

204 S Bartlett Rd
(Plaintiff's street address)

(City) Streamwood (State) IL (ZIP) 60107

(Plaintiff's telephone number) (630) 930-9719

Date: 07/18/2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6